**No. 56286.**—Cigogne, Inc. *v.* United States, protest 177076–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, JANUARY 22, 1952

**No. 56287.**—Oxford University Press, New York, Inc. *v.* United States, protest 174832–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the electrotype plates are similar in all material respects to those the subject of *Oxford University Press, N. Y., Inc.* v. *United States* (20 Cust. Ct. 78, C. D. 1088), the claim of the plaintiff was sustained.

**No. 56288.**—John S. Connor and Metal Traders, Inc. *v.* United States, protests 162482–K and 162483–K (Baltimore).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of steel scrap; that said scrap is a ferrous material in chief value of metal; and that it is secondhand or waste or refuse fit only to be remanufactured. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.

**No. 56289.**—Schall & Co. *v.* United States, protest 173426–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the paper boxes the subject of *B. Shackman & Co.* v. *United States* (26 Cust. Ct. 111, C. D. 1309), the claim of the plaintiff was sustained.